Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

TACOMA Division

___ FILED ___ LODGED
___ RECEIVED
AUG 25 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

MANJINDER SINGH BEESLA )
)
) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)* ☐ Yes ☑ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
SHERIFF DEPARTMENT )
PIERCE COUNTY )
WASHINGTON STATE )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MANJINDER SINGH BEESLA |
| Street Address | 20207 85TH AVENUE CT. E |
| City and County | SPANAWAY / PIERCE |
| State and Zip Code | WA- 98387 |
| Telephone Number | 253-262-7613 |
| E-mail Address | manbeesla@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | SHERIFF DEPARTMENT |
| Job or Title *(if known)* | HEAD OF DEPARTMENT |
| Street Address | 930 TACOMA AVE S |
| City and County | TACOMA / PIERCE |
| State and Zip Code | WA-98402 |
| Telephone Number | (253)798-7530 |
| E-mail Address *(if known)* | |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28. U.S.C- 1346-FTCA WRONGFULL ACTIONS.
NEGLEGENCE AND CARELESS NESS OF 911.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SHERIFF FAIL TO PROTECT FROM HARASSMENT OF WORK PLACE AND LIVING PLACE. 911 NO SHOW UP. DEPORTATION THREAT IN CALLING FOR HELP. MULTIPLE INCIDENTS. NEGLECTED COMPLAINS BY AUTHORITIES.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

RETIREMENT. PSYCHOLOGY STRAINS. MEDICAL CONDITION. LIVING COSTS. $1.5 MILLION IN CLAIMS.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/20/2021

Signature of Plaintiff

Printed Name of Plaintiff   MANJINDER SINGH BEESLA

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



To

THE HEAD OF SHERIFF DEPARMENT

PIERCE COUNTY, WASHINGTON

930 Tacoma Ave S, Tacoma, WA 98402

SUBJECT- DEMAND LETTER.

RESP SIR/MAM,

    MY NAME IS MANJINDER SINGH BEESLA.I AM RESIDENT OF PIERCE COUNTY SINCE 2017.I HAVE CALLED 911 THREE TIMES UP TO 2021.I GOT NO SHOW UP FIRST TIME IN 2018 AS A LIFE THREAT FROM WIFE.
    SECOND TIME CALL BY BUMPING NEIGHBOUR INVOLVED IN SOCIAL JUSTICE.HIRE A INVESTIGATOR RESPONSE SECOND TIME IN 2020.
    THIRD TIME A HARD TIME GIVEN BY THE CUSTOMER SERVICE OF KEY BANK AS A CONTINUOUS SOCIAL JUSTICE BUMPING GOING ON FROM LAST TEN YEARS.911 OPERATOR JUST SAID BY BY , MEANS, DEPORT FROM USA FOR THIRD TIME IN AUGUST 2021.
    I DEMAND JUSTICE CHECK OF 1.5 MILLION IN MY LAW SUIT FOR NOT PERFORMING YOUR DUTY.ADDING TO MY SICKNESS OF PSYCHOLOGICAL STRAINS AND PUSHING ME TO PROVOKE FIGHT.ALSO OUT OF WORK LIKE MEDICAL CONDITIONS.
THANKS.

YOURS OBEDIENTLY,

NAME- MANJINDER SINGH BEESLA

DATED- 08/20/2021    SIGN: *[signature]*

ADDRESS- 20207 85TH AVENUE. CT. E

SPANAWAY, WA 98387

PHONE-2532627613


Manjinder Beesla
20207 85th Avenue Ct E
SPLC  Spanaway, WA 98387