UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MANJINDER SINGH BEESLA,<br><br>                    Plaintiff,<br>     v.<br><br>PIERCE COUNTY SHERIFF'S DEPARTMENT,<br><br>                    Defendants. | Case No. C21-5619 DGE<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR DECEMBER 22, 2021 |

      On September 7, 2021, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 4), with respect to his proposed civil rights complaint (Dkt. 1). On October 19, 2021, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 6. The Court informed plaintiff that the allegations against the individual defendants were vague and conclusory. *Id.* at 4. Further, with respect to the Sheriff's Department of Pierce County, the Court informed plaintiff that the Sheriff's Department is not a legal entity capable of being sued; rather, Pierce County would be the proper party for this action. *Id.* Nonetheless, plaintiff's complaint failed to allege a cause of action against Pierce County. *Id.* The deadline for plaintiff's response to the order to show cause was set for November 12, 2021. Plaintiff has not responded to the Court's order to show cause.

      Accordingly, the undersigned recommends that the Court DISMISS the complaint without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

Plaintiff has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **December 22, 2021**, as noted in the caption.

Dated this 8th day of December, 2021.

Theresa L. Fricke
United States Magistrate Judge

NOTED FOR DECEMBER 22, 2021 - 2